UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-35861 |
|---|---|
| DIANA K BOTTS | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3989924**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 3 | WELLS FARGO BANK NA<br>ONE HOME CAMPUS<br>BK PMT PROC MAC#X2302-04C<br>DES MOINES, IA  50328 | 623.11 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/7/2009

Certificate of Service         08-35861

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| DIANA K BOTTS | LEE HOHL | (12.1n) |
| 1670 FALKE DRIVE | 1839 EAST STROOP RD | GMAC |
| DAYTON, OH  45432 | KETTERING, OH  45429 | BOX 130424 |
| | | ROSEVILLE, MN  55113 |

| | |
|---|---|
| (3.3) | (3.1) |
| MIA L CONNER | WELLS FARGO BANK NA |
| LERNER SAMPSON & ROTHFUSS | ONE HOME CAMPUS |
| BOX 5480 | BK PMT PROC MAC#X2302-04C |
| CINCINNATI, OH  45201 | DES MOINES, IA  50328 |

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner___    cs